UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☒ Western<br>☐ Central<br>☐ Southwestern | ☐ St. Joseph<br>☐ Southern | **Jackson** County and elsewhere | ☐ Secret Indictment<br>☐ Juvenile |

**Defendant Information**
Defendant Name          Tina L. Shonk (1)
Alias Name              Tena Shonk, Tina Burlingame, Tina Burlington
Birthdate               08/11/1980

**Related Case Information**
Superseding Indictment/Information  ☐ Yes  ☒ No  if yes, original case number _____
New Defendant                       ☒ Yes  ☐ No
Prior Complaint Case Number, if any _____
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA       Kathleen D. Mahoney

**Interpreter Needed**
☐ Yes     Language and/or dialect _____
☒ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required      ☐ Yes  ☒ No
Warrant Required   ☒ Yes  ☐ No

**U.S.C. Citations**
Total # of Counts    5

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:371.F/4992/4 | Conspiracy To Defraud the United States | 1 |
| 2 | 18:844A.F/9994/4 | Penalties For 18:842A-I | 2 |
| 3 | 18:1341.F/4700/4 | Fraud and Swindles | 3 |
| 4 | 18:1956-4700/F/4700/4 | Money Laundering – Postal, Interstate Wire, Radio, ETC. | 4-5 |

Date   4/28/15            Signature of AUSA   /s/ Kathleen D. Mahoney